IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | |
|---|---|
| RONTRAVIOUS PORTER, | |
| Plaintiff, | CIVIL ACTION NO.: 6:15-cv-113 |
| v. | |
| SGT. RONNIE SHUMAKE; CO II DOTTSON; CO II SAPP; and CO II CAMBPELL, | |
| Defendants. | |

## **O R D E R**

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, (doc. 9), to which no Objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

The Court **DISMISSES** Plaintiff's claims against Defendants in their official capacities. Plaintiff's claims against Defendants in their individual capacities shall proceed.

**SO ORDERED**, this 17th day of February, 2016.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA