IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | |
|---|---|
| RONTRAVIOUS PORTER,<br><br>Plaintiff,<br><br>v.<br><br>SGT. RONNIE SHUMAKE; CO II DOTTSON; CO II SAPP; and CO II CAMBPELL,<br><br>Defendants. | CIVIL ACTION NO.: 6:15-cv-113 |

## ORDER

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, (doc. 21), to which no Objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court. Accordingly, the Court **DENIES** Plaintiff's Motion for a Preliminary Injunction. (Doc. 18.)

**SO ORDERED**, this 30th day of June, 2016.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA