IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

RONTRAVIOUS PORTER,

    Plaintiff,

v.

SGT. RONNIE SHUMAKE; CO II DOTTSON; CO II SAPP; and CO II CAMBELL,

    Defendant.

CIVIL ACTION NO.: 6:15-cv-113

## ORDER

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, (doc. 26), to which no Objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

The Court **DISMISSES** Plaintiff's deliberate indifference to health and safety claims, and **DISMISSES without prejudice** Plaintiff's claims for compensatory and punitive damages. However, the Court **DENIES** Defendant's Motion to Dismiss Plaintiff's Eighth Amendment excessive force and failure to intervene claims.

**SO ORDERED**, this 18th day of July, 2016.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA