IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | |
|---|---|
| RONTRAVIOUS PORTER,<br><br>Plaintiff,<br><br>v.<br><br>RONNIE SHUMAKE; C.O. II DOTTSON;<br>C.O. II SAPP; and C.O. II CAMBELL,<br><br>Defendants. | CIVIL ACTION NO.: 6:15-cv-113 |

## ORDER

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, (doc. 49), to which no Objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation as the opinion of the Court and **DISMISSES WITHOUT PREJUDICE** Plaintiff's claims against Defendants Cambell and Dottson and **DISMISSES AS MOOT** Defendant Cambell's Motion to Dismiss, (doc. 43).

**SO ORDERED**, this 6th day of March, 2017.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA